

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00646-CR

Jimmy Rodgers **WHARTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14443
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 7, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice